## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| DAVID MASEL, M.D., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ADRIANNA VILLARREAL, *et al.*<br><br>*Defendants*. | Civ. Action No. 4:17-cv-00533 |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties Joint Stipulation of Dismissal With Prejudice (Dkt. #111), finds as follows:

It is hereby **ORDERED** that all claims in the above-styled and numbered civil action are **DISMISSED WITH PREJUDICE**, with costs taxed against the party incurring same.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 4th day of December, 2019.

*[signature: Amos Mazzant]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE